UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ADAM TRUBEE<br><br>　　　　　　Plaintiff<br><br>v.<br><br>POTOMAC ELECTRIC<br>POWER COMPANY<br><br>　　　　　　Defendant | Case No. 8:18-cv-02288-PWG |

**LINE CONCERNING THE DOCKETING OF STATE COURT PLEADINGS**

COMES NOW defendant Potomac Electric Power Company ("Pepco"), by its counsel J. Christopher Nosher, Adam D. Michel, and Bonner Kiernan Trebach and Crociata, LLP, and states as follows:

1. This action was originally filed in the Circuit Court for Prince George's County, Maryland. *See* ECF No. 5-2. On July 26, 2018, Pepco removed the action to this Court. ECF No. 1.

2. At the same time, Pepco filed both an answer and a motion to dismiss Count II of the Complaint in state court. However, at the time of removal, only Plaintiff's Complaint was included with Pepco's notice of removal.

3. On October 16, 2018, this Court issued a paperless Order scheduling a status conference for November 5, 2018.

4. Upon receiving the paperless Order and reviewing their file materials, counsel for Pepco observed that all pleadings from the state court action had not been provided to the Court for docketing.

5. Upon recognizing this oversight, counsel for Pepco immediately contacted counsel for Plaintiff requesting permission to speak with chambers to advise the Court of this oversight. Counsel for Plaintiff consented to undersigned counsel speaking with chambers *ex parte*.

6. Counsel for Pepco was advised by chambers to file this Line, and then docket the remaining filings from the state court action. On October 16, 2018 counsel for Pepco prepared this Line and forwarded to counsel for Plaintiff for review before filing.

7. In light of the Court's letter order regarding the filing of motions (ECF No. 6), Pepco respectfully requests guidance from the Court concerning how it wishes to proceed with regard to the pending partial motion to dismiss, specifically whether the Court wishes to hold the partial motion to dismiss in abeyance and for Pepco to prepare a letter outlining the basis for the motion in advance of the scheduled November 5, 2018, status conference.

Dated: October 17, 2018

Respectfully Submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

By:     /s/
J. Christopher Nosher (Bar No. 28825)
One Park Place, Suite 425
Annapolis, MD 21401
(443) 263-2800
(443) 263-2935 (facsimile)
cnosher@bonnerkiernan.com

Adam D. Michel (Bar No. 19600)
1233 20th Street, NW, Suite 800
Washington, D.C. 20036
(202) 712-7000
(202) 712-7100 (facsimile)
amichel@bonnerkiernan.com

*Counsel for Defendant*
*Potomac Electric Power Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, a copy of the foregoing *Line Concerning the Docketing of State Court Pleadings* was served by CM/ECF on:

Joseph Cammarata
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 17th Street, NW
Washington, D.C. 20036

                                                /s/
                                    J. Christopher Nosher