IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**ADAM TRUBEE**

    Plaintiff,

v.                                                  Case No. PWG 18-2288

**POTOMAC ELECTRIC POWER COMPANY**

    Defendant.

## AMENDED COMPLAINT

COMES NOW the Plaintiff, Adam Trubee, by and through his attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata, & Siegel, P.C., and respectfully represents as follows:

### COUNT I
(Negligence – Personal Injury)

1. This Court has jurisdiction over the within cause of action in that the incident complained of herein occurred in Prince George's County, Maryland.

2. Upon information and belief, at all relevant times herein, Potomac Electric Power Company, (hereinafter "PEPCO"), *inter alia*, was engaged in the business of providing electric service throughout Prince George's County, Maryland. Defendant PEPCO provided this service through, among other methods, the use of powerlines and voltage sites located throughout Prince George's County, Maryland.

3. On or about June 14, 2016, Plaintiff Adam Trubee was lawfully and properly present and working for Riggs Construction as an apprentice lineman at a roadside worksite in the 10700 block of Baltimore Avenue, at or near its intersection with Southard Drive, in Prince George's County, Maryland. Defendant PEPCO owned, operated, and/or maintained powerlines and voltage sites located at said worksite.

4. At said time and place, Plaintiff Adam Trubee, with all due regard for his own safety, was lawfully and properly digging into the ground with a jackhammer to lay new powerlines at said worksite. At all relevant times, Plaintiff was under the direction and supervision of agents, servants, and/or employees of Defendant PEPCO, and thus, Plaintiff maintained a special relationship with such persons.

5. At said time and place, Plaintiff Adam Trubee was instructed by an agent, servant, and/or employee of Defendant PEPCO to dig with a jackhammer in a specific area that was near a voltage site, which proximity was unknown to Plaintiff, when the jackhammer struck a high voltage line causing Plaintiff Adam Trubee to suffer a severe electrocution.

6. At all times mentioned herein, Defendant PEPCO, acting by and through its actual and/or apparent agents, servants, and/or employees, knew or should have known of the presence of the high voltage line; and furthermore, owed a

continuing duty to provide proper instructions to the Riggs Construction employees, including Plaintiff, as to where to safely dig to avoid striking powerlines and/or voltage sites, with due regard for the safety and well-being of persons lawfully and reasonably present at the location of said worksite, such as Plaintiff.

7. Defendant PEPCO, acting by and through its agents, servants, and/or employees, breached the duties owed to the Plaintiff, Adam Trubee, by, *inter alia*, failing to provide proper instructions to construction workers, such as Plaintiff, as to where to safely dig to avoid striking powerlines and/or voltage sites; and failing to identify, prevent, and/or warn of dangerous conditions, such as powerlines and/or voltage sites. At all times mentioned herein, Plaintiff Adam Trubee was free of negligence and/or contributory negligence.

8. As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Adam Trubee suffered injuries and damages, including but not limited to: a traumatic brain injury with cognitive deficits, post-traumatic stress disorder, adjustment disorder with anxiety, irritability, nausea, dizziness, depression, and insomnia; a superior labrum anterior and posterior rotator cuff tear of the right shoulder requiring steroid injections and surgery, and electrical burns to his bilateral hands; he has incurred, and will continue to incur,

medical and hospital expenses in an effort to care for his injuries; he has suffered, and will in the future suffer, a loss of earnings and earning capacity; and he has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Adam Trubee demands judgment of and against Potomac Electric Power Company, in an amount in excess of Seventy Five Thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

/s/Joseph Cammarata
Joseph Cammarata
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiff*

**JURY DEMAND**

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/Joseph Cammarata
Joseph Cammarata

4

## CERTIFICATE OF SERVICE

I hereby certify that on this this 20th day of November, 2018 the foregoing Amended Complaint was efiled and eserved via the Court's ECF system upon:

J. Christopher Nosher, Esq.
Bonner Kiernan Trebach & Crociata LLP
One Park Place
Suite 425
Annapolis, Maryland 21401

                                          /s/Joseph Cammarata
                                          Joseph Cammarata