# BONNER KIERNAN

BONNER KIERNAN TREBACH & CROCIATA LLP

One Park Place, Suite 425, Annapolis, MD 21401 | Telephone: (443) 263-2800 | Fax: (443) 263-2935

www.bonnerkiernan.com

March 12, 2019

**BY CM/ECF**

Hon. Paul W. Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

> **Re: Adam Trubee v. Potomac Electric Power Company**
> Case No. 8:18-cv-02288-PWG

Dear Judge Grimm:

We represent defendant Potomac Electric Power Company ("Pepco") in the above-referenced action. In accordance with the Court's Letter Order Regarding the Filing of Motions (ECF No. 6), we respectfully submit this letter to request a pre-motion conference in connection with Pepco's anticipated motion for leave to file an amended answer.

## A. Background

The plaintiff, Adam Trubee, alleges that Pepco acted negligently towards him and that, as a result, he suffered significant personal injuries. In his initial complaint, Trubee also alleged that Pepco negligently hired, trained, and supervised its "personnel." On November 20, 2018, though, Trubee amended his complaint to withdraw that claim. Pepco filed a timely answer to the amended complaint.

Following this filing, Trubee raised issue with a number of Pepco's affirmative defenses. On January 4, 2019, the parties participated in a telephone conference to discuss Trubee's objections and identify potential amendments to Pepco's answer. By correspondence dated February 13, 2019, Pepco followed up with Trubee to confirm his agreement with the proposed amendments to its answer.

With Trubee's agreement confirmed, Pepco now seeks leave to file an amended answer, withdrawing some of its affirmative defenses and reserving the right to rely on several others.

## B. Motion for Leave to File an Amended Answer

Under Federal Rule of Civil Procedure 15(a), "a party may amend its pleading...with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.*

Pepco seeks leave to file an amended answer so that it may withdraw or otherwise modify the wording of its affirmative defenses. Specifically, Pepco seeks leave to withdraw its first through fourth affirmative defenses. Pepco also seeks leave to modify the wording

of its fifth, eleventh, twelfth, and fourteenth affirmative defenses, reserving the right to rely on each of these defenses.

Per Local Rule 103.6, an original of Pepco's proposed amended answer is attached hereto as Exhibit 1. In accordance with the same rule, the proposed amendments to Pepco's answer are set forth in a redlined version of the answer attached hereto as Exhibit 2.

These amendments have been discussed with, and consented to by, Trubee through his counsel.

Respectfully,

/s/ J. Christopher Nosher

J. Christopher Nosher
Adam D. Michel

Copies to:

Joseph Cammarata, Esq.
Daniel B. Hausman, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, NW
Washington, D.C. 20036