## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 104.7

Pursuant to Local Rule 104.7, Counsel have conferred concerning the discovery issue and the parties anticipate the Plaintiff will be filing a consent motion to modify the Scheduling Order to extend the 26(a)(2) deadlines by thirty days. On April 18, 2019, at 3:46 p.m. Daniel Hausman and Chris Nosher participated in the discovery conference by phone, at their respective offices, on this issue. On April 26, 2019, Chris Nosher confirmed agreement with filing of an anticipated consent motion by Plaintiff, by email at 5:05 a.m.

/s/ Daniel B. Hausman
Daniel B. Hausman

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, a copy of the foregoing *Plaintiff's Letter Concerning the Plaintiff's Consent Motion to Modify the Scheduling Order* was served by CM/ECF and U.S. Mail, postage prepaid, on:

J. Christopher Nosher
One Park Place, Suite 425
Annapolis, MD 21401

Adam D. Michel
1233 20th Street, NW, Suite 800
Washington, D.C. 20036

/s/ Daniel B. Hausman
Daniel Hausman