UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

June 6, 2019

RE: *Trubee v. Potomac Electric Power Co.*
    8:18-cv-02288-PWG

## **LETTER ORDER**

Dear Counsel:

    In preparation for the status conference we held on June 5, 2019, you were kind enough to provide a status report. ECF No. 40. On page 3 of the report, dated June 4, 2019, you wrote: "Between the date of the incident in question and the present, PEPCO was acquired by Exelon . . . ." *Id.* This was the first I had become aware that PEPCO was an affiliated agency of Exelon. Because my wife was, as a child, given a gift of a small number of shares of Exelon stock, I have a conflict of interest in continuing to handle this case and must recuse myself. The case will be reassigned at random by the Clerk's Office. Once the new judge is assigned, you may want to reach out to him or her to advise of the recent adjustments I authorized to the scheduling order.

    I regret that I must recuse myself. I have enjoyed working with all counsel in this case.

    Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paul W. Grimm
United States District Judge