**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| ADAM TRUBEE<br><br>               Plaintiff<br><br>v.<br><br>POTOMAC ELECTRIC POWER COMPANY<br><br>               Defendant | Case No. 8:18-cv-02288-GJH |

**NOTICE TO STRIKE AND ENTER APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    Kindly STRIKE the appearance of Adam D. Michel, Esquire, as counsel for Defendant POTOMAC ELECTRIC POWER COMPANY in the above referenced case.

    Please enter the appearance of Ifeanyi O. Ezeigbo, Esquire, as counsel for Defendant POTOMAC ELECTRIC POWER COMPANY. J. Christopher Nosher, Esquire, shall remain counsel for Defendant POTOMAC ELECTRIC POWER COMPANY.

                                         Respectfully submitted,

                                         */s/ Ifeanyi O. Ezeigbo*
                                         J. Christopher Nosher  (Bar No. 28825)
                                         Ifeanyi O. Ezeigbo    (Bar No. 20658)
                                         Bonner Kiernan Trebach & Crociata, LLP
                                         One Park Place, Suite 425
                                         Annapolis, Maryland 21401
                                         Tel   443-263-2800
                                         Fax  443-263-2935
                                         cnosher@bonnerkiernan.com
                                         iezeigbo@bonnerkiernan.com
                                         *Counsel for Defendant Potomac Electric Power Company*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ADAM TRUBEE<br><br>                     Plaintiff<br><br>v.<br><br>POTOMAC ELECTRIC<br>POWER COMPANY<br><br>                     Defendant | Case No. 8:18-cv-02288-GJH |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2019, a copy of the foregoing *Notice to Strike and Enter Appearance of Counsel* was sent via electronic and first-class mail, postage prepaid, to:

Joseph Cammarata, Esq.
Daniel B. Hausman, Esq.
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 17th Street, NW
Washington, D.C. 20036
*Counsel for Plaintiff*

                                                   */s/ Ifeanyi O. Ezeigbo*
                                                   Ifeanyi O. Ezeigbo, Esq.